JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NATASHA SHOCK

               Plaintiff,

   v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

               Defendant.

Case No.  EDCV 16-1801-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of the Commissioner of the Social
Security Administration is AFFIRMED and this action is dismissed with prejudice.

DATED:  April 10, 2017

_____
KAREN E. SCOTT
United States Magistrate Judge